**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 1:11cv120-MP-GRJ

CONTENTS OF A BANK OF AMERICA
ACCOUNT #898042713871, UNDER THE
NAME OF GAINESVILLE PAYROLL
ACCOUNT,

    Defendant.
_____/

**DECREE OF FORFEITURE**

    This matter is before the Court on Doc. 6, Motion for Forfeiture of Property, filed by the United States of America.  On June 23, 2011, a Verified Complaint of Forfeiture In Rem against the defendant property, Contents of Bank of America Account # 898042713871, Under the Name of Gainesville Payroll Account, was filed on behalf of the Plaintiff, United States of America.  The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(E).

    WHEREAS, On August 2, 2011, Tyrone N. Frederic, President, Registered Agent, and potential claimant of the defendant property, was sent notice of the pending forfeiture action via certified mail at 2501 NW 19th Street, Unit 1A, Ft. Lauderdale, Florida 33311. The package was returned Undelivered "Vacant - Return to Sender."

    WHEREAS, On August 2, 2011, Tyrone N. Frederic, President and Registered Agent; and potential claimant of the defendant property, was sent notice of the pending forfeiture action via certified mail at 1329 NW 7th Avenue, Ft. Lauderdale, Florida 33311. The package was returned Undelivered "Unclaimed - Return to Sender."

WHEREAS, On August 2, 2011, Eric C. Frederic, Vice President and potential claimant of the defendant property, was sent notice of the pending forfeiture action via certified mail at 1329 NW 7th Avenue, Ft. Lauderdale, Florida 33311.  The package was returned Undelivered "Unclaimed- Return to Sender."

WHEREAS, On October 21, 2011, the Internal Revenue Service, potential claimant of the defendant property, received notice of the pending forfeiture action via certified mail at 850 Trafalgar Court, Suite 214, Maitland, Florida 32751.

WHEREAS, Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning August 4, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

WHEREAS, no persons or entities having an interest in the above-referenced property have filed claims.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, Contents of Bank of America Account # 898042713871, Under the Name of Gainesville Payroll Account, in the amount of $1,372.50 seized from Bank of America, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE and ORDERED** this 5th day of January, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**